## FIDELITY AND CASUALTY COMPANY *v.* GEIGER *et al.*

HILL, J. Several of the grounds of the motion for a new trial are too vague and indefinite to be considered by the court. The rule is that each ground of the motion must be complete in itself. Even if any of the other rulings and charge of the court complained of were erroneous, there is no error of sufficient materiality to require a new trial. The verdict is supported by the evidence.

*Judgment affirmed. All the Justices concur.*
SEPTEMBER 21, 1914.

Claim. Before Judge Sheppard. Bryan superior court. January 3, 1913.

*W. B. Stubbs,* for plaintiff.

*W. F. Slater, J. F. Brannen,* and *Hines & Jordan,* contra.

---

## UNION MUTUAL ASSOCIATION *v.* BARKLEY, constable.

HILL, J. Under the evidence in this case, it was not error to direct a verdict for the defendant.

*Judgment affirmed. All the Justices concur.*
SEPTEMBER 21, 1914.

Rule. Before Judge Mathews. Bibb superior court. February 14, 1913.

*C. J. Johnson,* for plaintiff.

---

## McBURNEY *et al. v.* NORRIS.

HILL, J. The verdict and judgment in this case were for the defendant, Norris. The plaintiffs filed a motion for new trial only on the formal and usual grounds, which was overruled by the court below, and the case is here by writ of error from the judgment overruling the motion. After a careful review of the case, we can not say that the verdict was contrary to law and without evidence to support it; or that the court abused its discretion in overruling the motion for a new trial.

*Judgment affirmed. All the Justices concur.*
SEPTEMBER 21, 1914.

Complaint. Before Judge Mathews. Bibb superior court. March 7, 1913.

*W. E. Martin Jr.,* for plaintiffs. *S. B. Hunter,* for defendant.